DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re: | Case No. 08-04935-FLK13
ARMSTRONG, MARLIN DEAN |
Debtor |

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $6.11, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| ARMSTRONG, MARLIN DEAN | 927 IDA BELLE STREET SUNNYSIDE, WA 98944 | $6.11 |

Dated: January 13, 2011

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4875584    1-18-11    #6.11

08-04935-FLK13    Doc 33    Filed 01/18/11    Entered 01/18/11 13:59:55    Pg 1 of 1